UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LUTSUK,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS OF SACRAMENTO,<br><br>  Defendant. | No. 2:25-cv-01899-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 4) |

Plaintiff Alicia Lutsuk is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2025, the magistrate judge issued findings and recommendations recommending that Plaintiff's complaint be dismissed without leave to amend because the allegations are frivolous and fail to state a claim. (Doc. No. 4.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 4.) On August 20, 2025, Plaintiff filed objections to the pending findings and recommendations. (Doc. No. 5.) In her

1

1 | objections, Plaintiff does not meaningfully address the findings and recommendations. (*Id*.) Thus,
2 | Plaintiff's purported objections do not provide a basis upon which to reject the findings and
3 | recommendations.
4 |       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5 | *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's
6 | objections, the court concludes the findings and recommendations are supported by the record
7 | and by proper analysis.
8 |       Accordingly,
9 |       1.    The findings and recommendations issued on July 30, 2025 (Doc. No. 4) are
10 |            ADOPTED in full;
11 |       2.    Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and
12 |       3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 5, 2025**               /s/ Dena Coggins
                                                            Dena Coggins
                                                            United States District Judge